IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:16-CR-140 |
| | § | |
| RANDALL WILLIAM WADE (1) | § | |

### ORDER

On October 17, 2016, Defendant Randall William Wade filed an Amended Motion for Reconsideration regarding Detention Hearing [Dkt. 16]. The United States of America shall file a response to the Defendant's Motion no later than **5:00pm on Monday, November 7, 2016**, or notify the Court that there is no opposition.

IT IS FURTHER ORDERED that a hearing on this matter is set before United States Magistrate Judge Christine A. Nowak, United States Courthouse Annex, 200 North Travis Street, Mezzanine Level, Sherman, Texas on **Thursday, November 10, 2016 at 9:30am.**

**IT IS SO ORDERED**.

SIGNED this 31st day of October, 2016.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE